GALLIAN, WILCOX,
WELKER, OLSON & BECKSTROM, L.C.
Jeffrey C. Wilcox (4441)
jwilcox@gwwo.com
John L Collins (10790)
jcollins@gwwo.com
965 East 700 South, Suite 305
St. George, Utah 84790
Telephone: (435) 628-1682

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RON THAYER and CATHIE THAYER, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON COUNTY SCHOOL DISTRICT, CITY OF ST. GEORGE, ROBERT GOULDING, MICHAEL EATON, STACY RICHAN, DAVID AMODT, <br><br> Defendants. | **RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL** <br><br><br> Civil No. 2:09-cv-565 <br><br> Judge Dee Benson |

Plaintiffs, by and through their counsel of record, and pursuant to Rule 41(a)(1) Federal Rules of Civil Procedure, hereby file a notice of dismissal as to Defendant David Amodt only.

Mr. Amodt has not filed an answer or other response prior to this dismissal.

DATED this 21ST day of January, 2010.

GALLIAN, WILCOX,
WELKER, OLSON & BECKSTROM, L.C.

_____
Jeffrey C. Wilcox
John L. Collins

*Attorneys for Plaintiffs*

1