BARRY LAWRENCE (5304)
Assistant Utah Attorney General
MARK L. SHURTLEFF (4666)
Utah Attorney General
Attorneys for Defendants Washington County School District
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
E- mail: blawrence@utah.gov

IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF UTAH,

CENTRAL DIVISION

| | |
|---|---|
| RON THAYER and CATHIE THAYER<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON COUNTY SCHOOL DISTRICT, CITY OF ST. GEORGE, ROBERT GOULDING, MICHAEL EATON, STACY RICHAN, DAVID AMODT, JOHN and JANE DOES I-X, ABC CORPORATIONS I-X, and XYZ PARTNERSHIPS I- X,<br><br>Defendants. | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:09 cv565<br><br>Judge Dee Benson |

Plaintiffs, Ron and Cathie Thayer, through their counsel Michael Welker, and the remaining defendants, Washington County School District and Michael Eaton, through their respective counsel, hereby stipulate and jointly move that this case be dismissed with prejudice and upon the merits, each of the parties to bear their own costs and fees incurred herein, the

matter having been fully and finally settled and compromised. (All of the other named defendants previously were dismissed from this case.)

Dated this __8th__ day of August, 2012.

                                MARK SHURTLEFF
                                Utah Attorney General

                                /s/ Barry Lawrence
                                BARRY G. LAWRENCE
                                Assistant Utah Attorney General
                                Attorneys for Defendant Washington County
                                School District

Dated this __8th__ day of August, 2012.

                                Gallian, Wilcox, Welker, Olson & Beckstrom, L.C.

                                /s/ Michael Welker
                                Michael Welker
                                Attorneys for Plaintiffs, Ron and Cathie Thayer
                                *(Signed by Filing Attorney with permission from Michael Welker)*

Dated this __8th__ day of August, 2012.

                                MARK SHURTLEFF
                                Utah Attorney General

                                /s/ David Wolf
                                DAVID WOLF
                                Assistant Utah Attorney General
                                Attorneys for Defendant Michael Eaton
                                *(Signed by Filing Attorney with permission from David Wolf)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2012, I electronically filed the foregoing **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**, using the court's CM/ECF system, and that the same was electronically sent by the court's CM/ECF system to the following:

>Michael Welker, Esq.
>965 East 700 South Ste 305
>St. George, Utah 84790
>jwilcox@gwwo.com
>
>David Wolf
>Assistant Utah Attorney General
>160 East 300 South, Sixth Floor
>P.O. Box 140856
>Salt Lake City, Utah 84114-0856
>dnwolf@utah.gov

                                            /s/ Roberta L. Perrenoud